

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00128-CV

Rajah **JEFFERS** and all other occupants,
Appellants,

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV00800
Honorable John Francis Davis, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that no costs be assessed against appellants Rajah Jeffers and all other occupants because they are indigent.

SIGNED September 18, 2019.

_____
Beth Watkins, Justice